No. 6230.—ALVAREZ LUGO, aplte., v. MUNICIPIO DE AÑASCO, apldo. —C. D. Mayagüez. Diciembre 15, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, apelada el 26 de julio último la sentencia resolviendo las cuestiones suscitadas en este caso con motivo de la fijación de las costas que debe percibir la parte victoriosa, el apelante dejó de practicar gestión alguna tendente al perfeccionamiento de su apelación y basándose en ello se solicita la desestimación del recurso; y

POR CUANTO, notificado el apelante de la moción de desestimación nada alegó por escrito, dejando de comparecer a la vista de la misma;

POR TANTO, de acuerdo con la ley, el reglamento y la jurisprudencia aplicables, se desestima, por abandono, el recurso.

No. 6034.—SUCESORES DE ABARCA, S. EN C., dmdte., v. CENTRAL VANNINA INC., aplte.; UNITED PORTO RICAN BANK, Interventora aplda.—C. D. San Juan. Diciembre 22, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista por segunda vez la moción sobre desestimación que antecede, de acuerdo con la resolución de esta corte dejando sin lugar la desestimación decretada en noviembre 30, 1932, y no habiendo el apelante hecho constar debidamente las fechas de las gestiones por ella realizadas con posterioridad al 23 de septiembre del presente año, por los motivos expresados en dicha resolución de noviembre 30, 1932, se desestima nuevamente la apelación interpuesta contra la sentencia dictada en favor de la parte apelada con fecha 20 de septiembre de 1930.